# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED ROBINSON,<br><br>    Plaintiff,<br><br>v.<br><br>LEGAL RECOVERY LAW OFFICES. INC.; and DOES 1 TO 20, INCLUSIVE,<br><br>    Defendants. | Case No.: EDCV13-04888-MMM (Ex)<br><br>[Magistrate Judge Charles F. Eick]<br><br>**ORDER RE: CONFIDENTIALITY OF DOCUMENTS AND INFORMATION PRODUCED**<br><br>Complaint Filed:    May 21, 2013<br>Notice of Removal Filed:  July 5, 2013<br>Trial Date:    None set |

### ORDER

The Court having considered the Parties' Stipulated Protective Order Re Confidentiality and Return of Documents, **IT IS HEREBY ORDERED**:

That the Protective Order is granted.

IT IS SO ORDERED

Dated: 10/16, 2013     By: _____
Charles F. Eick
United States District Court Magistrate Judge

---

[PROPOSED] ORDER RE: CONFIDENTIALITY OF DOCUMENTS AND INFORMATION PRODUCED