Paul Mankin, IV (SBN 264038)
Law Offices of Paul Mankin, IV
8730 Wilshire Blvd., Suite 310
Beverly Hills, California 90211
Telephone: (310) 219-3577
Facsimile: (323) 207-3885
pmankin@paulmankin.com

Arvin Ratanavongse (SBN 257619)
aratanavongse@toddflaw.com
The Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Drive, #415
Beverly Hills, CA 90211
Telephone: (877) 206-4741
Facsimile: (866) 633-0228

Attorneys for Plaintiff
Fred Robinson

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED ROBINSON,<br><br>       Plaintiff,<br><br>   v.<br><br>LEGAL RECOVERY LAW OFFICES. INC.; and DOES 1 TO 20, INCLUSIVE,<br><br>       Defendants. | Case No.: CV 13-04888-MMM (Ex)<br><br>[Hon. Margaret M. Morrow]<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**<br><br>Complaint Filed:     May 21, 2013<br>Notice of Removal Filed: July 5, 2013<br>Trial Date:        None set |

**PLEASE TAKE NOTICE** that Plaintiff FREDERICK ROBINSON ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses all claims in this action *without prejudice* as to Defendant LEGAL RECOVERY LAW OFFICES, INC., ("Defendant")..

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

**(a) Voluntary Dismissal.**

**(1)** *By the Plaintiff.*

**(A)** *Without a Court Order.* Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

**(i)** a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

* * *

Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

Dated: March 4, 2014         Respectfully submitted,

Law Offices of Paul Mankin, IV

By: /s/ L. Paul Mankin, IV
      L. Paul Mankin, IV

Dated: March 4, 2014         Respectfully submitted,

The Law Office of Todd M. Friedman, P.C.

By: /s/ Arvin Ratanavongse
      Arvin Ratanavongse

Attorneys for Plaintiff Frederick Robinson

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## Certification of Compliance with C.D. Cal. L.R. 5-4.3.4

I hereby certify that pursuant to C.D. Cal. L.R. 5-4.3.4, I have obtained the authorization from the above signatories to file the above-referenced document, and that the above signatories concur in the filing's content.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on March  4, 2014.

By:  /s/ L. Paul Mankin, IV

L. Paul Mankin, IV
Law Offices of Paul Mankin, IV
8730 Wilshire Blvd., Suite 310
Beverly Hills, California 90211
Telephone:  (310) 219-3577
Facsimile: (866) 633-0228

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)