Paul Mankin, IV (SBN 264038)
Law Offices of Paul Mankin, IV
8730 Wilshire Blvd., Suite 310
Beverly Hills, California 90211
Telephone: (310) 219-3577
Facsimile: (323) 207-3885
pmankin@paulmankin.com

Arvin Ratanavongse (SBN 257619)
aratanavongse@toddflaw.com
The Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Drive, #415
Beverly Hills, CA 90211
Telephone: (877) 206-4741
Facsimile: (866) 633-0228

Attorneys for Plaintiff
Fred Robinson

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED ROBINSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LEGAL RECOVERY LAW OFFICES. INC.; and DOES 1 TO 20, INCLUSIVE,<br><br>　　　　Defendants. | Case No.: CV 13-04888-MMM (Ex)<br><br>[Hon. Margaret M. Morrow]<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**<br><br>Complaint Filed:　　May 21, 2013<br>Notice of Removal Filed: July 5, 2013<br>Trial Date:　　　　None set |

Case No.: CV 13-04888-MMM (Ex)

[Proposed] Order Granting Plaintiff's Notice of Voluntary Dismissal Without Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)

# ORDER

Pursuant to stipulation by the parties and good cause appearing, the action entitled *Robinson v. Legal Recovery Law Offices, Inc., et al.* (Case No. CV 13-04888) is hereby dismissed, in its entirety, without prejudice, with each side bearing its own attorneys' fees and costs.

**IT IS SO ORDERED**

Dated:

By: _____
The Hon. Margaret M. Morrow
United States District Judge